UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 17-00533-PSG (SHK) | Date: | March 4, 2019 |
|---|---|---|---|
| Title: | *Willie Belton III v. G. Miranda-Mares, et. al.* | | |

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):** ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT'S CASE MANAGEMENT ORDER

The operative complaint in this action is Plaintiff's Second Amended Complaint ("SAC") which was filed on July 26, 2018, Electronic Case Filing Number ("ECF No.") 45, SAC. On September 12, 2018, Defendant G. Miranda-Mares filed an answer, ECF No. 51, Answer to SAC. On September 17, 2018, the Court issued its Case Management and Scheduling Order ("CMO"), where it ordered the parties to file their status report no later than February 12, 2019. ECF No. 52, CMO. To date, Plaintiff has not filed his status report.

Accordingly, on or before **March 18, 2019**, Plaintiff is ORDERED TO SHOW CAUSE in writing why the complaint should not be dismissed without prejudice for failure to prosecute; or file his status report.

The Court advises Plaintiff that failure to comply with the Court's CMO or before March 18, 2019, may result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**