1
2
3
4
5
6
7

E-FILED
JUL 3 0 2020
Document #

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA
10
11
12  WILLIE BELTON III,                  | Case No. 2:17-cv-00533-PSG (SHK)
13                      Plaintiff,      |
14          v.                          | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
15  G. MIRANDA-MARES, et al.,           |
16                                      |
17                      Defendants.     |
18
19      Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second
20  Amended Complaint ("SAC"), Defendant's Motion for Summary Judgment
21  ("MSJ"), Plaintiff's Request for Injunctive Relief, the relevant records on file, and
22  the Amended Report and Recommendation ("Amended R&R") of the United
23  States Magistrate Judge. The Court has engaged in de novo review of those
24  portions of the Report to which Plaintiff has objected. Court accepts the findings
25  and recommendation of the Magistrate Judge.
26      IT IS THEREFORE ORDERED that:
27      (1) the Amended R&R is ACCEPTED;
28      (2) Defendant's MSJ is GRANTED;

    (3) Plaintiff's request for injunctive relief is DENIED; and

    (4) Judgment be entered dismissing this action with prejudice.

Dated: 7/30/2020

_____
HONORABLE PHILIP S. GUTIERREZ
Chief United States District Judge