E-FILED
JUL 3 0 2020
Document #

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BELTON III, | Case No. 2:17-cv-00533-PSG (SHK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| G. MIRANDA-MARES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: 7/30/2020

HONORABLE PHILIP S. GUTIERREZ
Chief United States District Judge